UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.:   18-23591
Henry G Colquitt, Jr   )
)   Chapter: 13
)
)   Honorable Jacqueline Cox
)
)
Debtor(s)   )

## ORDER EXTENDING THE AUTOMATIC STAY

This cause coming to be heard on Motion of the Debtor to extend the automatic stay, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto, IT IS HEREBY ORDERED:

1. That the automatic stay is hereby EXTENDED as to all creditors, pursuant to Section 362 (c)(3)(A).

Enter:

OCT 22 2018

Dated:

J. Cox
United States Bankruptcy Judge

**Prepared by:**
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625

Rev: 20120501_bko