**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 18-23591 |
| | ) | |
| HENRY G COLQUITT, JR., | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | Hearing: 03/18/2019 9:00 AM |

**ILLINOIS DEPARTMENT OF REVENUE'S
RESPONSE TO DEBTOR'S OBJECTION TO CLAIM 9**

The Illinois Department of Revenue ("IDOR"), by its attorney, Kwame Raoul, Illinois Attorney General, responds to the Debtor's Objection to Claim 9 as follows:

The Debtor has objected to the priority of the IDOR claim for 2014 Illinois Income Taxes. IDOR asserts priority pursuant to § 507(a)(8)(A)(i) which grants priority to income tax claims "for which a return, if required, is last due, ***including extensions***, after three years before the date of the filing of the petition. (Emphasis added.) Here, the objection appears to be based upon a misconception of when the Debtor's 2014 Illinois Income Tax return was last due, with applicable extensions.

Illinois Income Tax returns are generally due on the 15th day of the fourth month following the close of the taxable year. 35 ILCS 5/505(2). For most individuals, this date is April 15th. This section also authorizes the Director to extend the time for filing by 6 months. *Id.* IDOR has exercised this authority by regulation, and IDOR grants automatic 6-month extensions of time to Individual taxpayers. 86 Ill. Admin. Code § 100.5020(b). Therefore, where a taxpayer has not filed their return by April 15, the due date is automatically extended to October 15.

1

This automatic extension is applicable to the Debtor's 2014 Illinois Income Tax return. The 2014 return was originally due April 15, 2015. When the Debtor did not file a return for 2014 by April 15, 2015, the due date was extended by operation of law to October 15, 2015. In fact, the Debtor had never filed a 2014 Income Tax return with IDOR. *See* **Exhibit A**. The IDOR assessment is based upon an audit of income reported to IDOR, and information obtained from the Internal Revenue Service. *See* **Exhibit B**.

The date that is three years prior to the petition date is August 21, 2015. The date the 2014 Illinois Income Tax return was last due, including extensions, was October 15, 2015. As the 2014 due date is *after* three years prior to the petition date, the tax and interest on tax is entitled to priority pursuant to § 507(a)(8)(A)(i).

Therefore, the Debtor's objection to Claim 9 should be overruled.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF REVENUE

    BY:  KWAME RAOUL
          Illinois Attorney General

    BY:  */s/ Robert O. Lynch*
          ROBERT O. LYNCH
          Assistant Attorney General
          100 W. Randolph St.
          13th Floor
          Chicago, Illinois 60601
          (312) 814-5195
          Robert.lynch2@illinois.gov

## CERTIFICATE OF SERVICE

      I, Robert O. Lynch, an attorney, hereby certify that on March 14, 2019, I caused a copy of the ILLINOIS DEPARTMENT OF REVENUE'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM 9 to be served electronically through the Court's CM/ECF system upon the parties listed below.

                                                  */s/ Robert O. Lynch*

### Service Via CM/ECF

- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Steve Miljus**   smiljus@semradlaw.com, ilnb.courtview@SLFCourtview.com
- **Elizabeth Placek**   eplacek@semradlaw.com, ilnb.courtview@SLFCourtview.com
- **Tom Vaughn**   ecf@tvch13.net, ecfchi@gmail.com

# Notice of Non-Filed Return
## Respond within 30 days


STATE OF Illinois
DEPARTMENT OF REVENUE
tax.illinois.gov

HENRY COLQUITT JR
1631 MADISON 1ST FLOOR
EVANSTON IL  60202

April 11, 2017

**Letter ID:** L0635747152

**Account ID:**

**Reporting period:**   December 2014

### We have not received your 2014 Illinois Individual Income Tax Return.

**Why did I receive this notice?**
This notice is to let you know that the Illinois Department of Revenue has not received your Form IL-1040, Individual Income Tax Return, for tax year 2014 and it appears that you had reportable W-2 income. Section 502(a) of the Illinois Income Tax Act (IITA) requires you to file Form IL-1040 if you meet any of the following conditions:
- you were required to file a federal income tax return;
- you were not required to file a federal return, but your Illinois base income was greater than your Illinois exemption allowance; or
- you were claimed as a dependent on another person's return and your Illinois base income was greater than your Illinois exemption allowance.

**What should I do?**
*Within 30 days*, file your 2014 Form IL-1040.
(1) How may I file the return?
- You may file your return electronically. Use **MyTax Illinois**, available at **mytax.illinois.gov** for free.
- If you cannot file electronically, you may download and print a paper 2014 Form IL-1040 from our website at tax.illinois.gov. Mail your completed return to the address shown on the return.
(2) You must respond in writing to the address below if you believe this notice is in error or you are not required to file a 2014 Form IL-1040.

**What if I do not respond to this letter within 30 days?**
If you do not respond with the required information within 30 days, we may assess you a late-filing penalty of a minimum of $250. You may also be liable for additional penalties and interest. In addition, the Department may take other actions such as establishing your 2014 liability based on the best available information.

If you have any questions about this notice, please contact us. Our contact information is below.

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19049
SPRINGFIELD IL 62794-9049

1 800 732-8866
217 782-3336
TDD 1 800 544-5304
217 557-5353 fax

LTR-425-AF (N-03/17)

EXHIBIT A

P-000630

# Notice of Tax Due



STATE OF Illinois
DEPARTMENT OF REVENUE
tax.illinois.gov

#BWNKMGV
#CNXX X132 X518 XXX4#
HENRY G. COLQUITT JR
1347 W ESTES AVE APT F4
CHICAGO IL  60626-5420

August 20, 2018

**Letter ID:** CNXXX132X518XXX4

**Account ID:**
**Reporting period:**     December 2014

## Here is information about your December 2014 Form IL-1040, Individual Income Tax Return.

- This assessment resulted from information received from the Internal Revenue Service.
- You filed your return late.
- You did not make full estimated payment by the required due dates.
- You did not make full payment by the required due date.

**As a result we have assessed the amounts shown below.**

To avoid cost of collection fees, additional penalties and interest for this assessment, you must pay on or before September 19, 2018. To pay please use
- the voucher on the enclosed Taxpayer Statement or
- your Visa, MasterCard, Discover, or American Express. The credit card service provider will assess a convenience fee. Have your credit card ready and visit our website or call one of the following:
  --- Official Payments Corporation at 1 800 2PAYTAX (1 800 272-9829). You will need a Jurisdiction Code, which is 2300.
  --- Value Payments Systems at 1 888 9-PAY-ILS (1 888 972-9457)
  --- FIS at 1 877-57-TAXES (1 877 578-2937).

|  | Liability | Payments/Credit | Unpaid Balance |
|---|---:|---:|---:|
| Tax | 1,000.47 | 0.00 | 1,000.47 |
| Federal/State Adjustment | 1,350.53 | 0.00 | 1,350.53 |
| Interest | 289.73 | 0.00 | 289.73 |
| Audit Late Payment Penalty | 145.10 | 0.00 | 145.10 |
| Late Estimated Payment Penalty | 90.00 | 0.00 | 90.00 |
| Late-Payment Penalty | 145.10 | 0.00 | 145.10 |
| Late-Filing Penalty | 297.02 | 0.00 | 297.02 |
| **Assessment Total** | **$3,317.95** | **$0.00** | **$3,317.95** |

If you believe you do not owe an amount identified above or have any questions, please call 217 782-7962.

**Note:** If you are under bankruptcy protection, see the "Bankruptcy Information" section on the following pages of this notice for additional information and instructions.

IDOR-2-BILL (R-12/17)

**EXHIBIT B**

P-002116